# Court of Appeals
# of the State of Georgia

ATLANTA,    December 09, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0317.  ANGELA REDDING v. BURSAW REALTY INC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendant Angela Redding appealed to the state court.  On July 10, 2015, the state court dismissed Redding's appeal.  On July 30, 2015, Redding filed the instant appeal, seeking review in this Court.  We, however, lack jurisdiction.

First, because the order at issue disposes of a de novo appeal from a magistrate court decision, Redding was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).

Second, this appeal is untimely.  Although a notice of appeal generally may be filed within thirty days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  Redding filed her notice of appeal 20 days after the state court's order was entered.  For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,    12/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*